UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERICK LADAL SIMS, | ) |
|        Plaintiff, | ) CASE NO. C17-0758 RSM<br>) |
|    v. | ) ORDER GRANTING EXTENSION OF<br>) TIME TO FILE OBJECTIONS |
| VICTOR JOHNSTON, *et al.*, | ) |
|        Defendants. | ) |

On July 25, 2017, the Honorable Mary Alice Theiler, United States District Judge, entered a Report and Recommendation for ("R&R") consideration by the Undersigned. Dkt. #9. The R&R set a deadline of August 15, 2017, for any Objections to the R&R to be filed. *Id.* Plaintiff has now filed a Motion for Extension of Time to File Objections on the basis that he has recently been transferred to a new penitentiary and has limited access to his legal papers. Dkt. #10. In addition, he expects to be moved again in the next couple of weeks. *Id.* Accordingly, the Court hereby finds and ORDERS:

1. Plaintiff's Motion for Extension of Time to File Objections (Dkt. #10) is GRANTED. The parties shall have an additional 30 days in which to file any Objections to the R&R. Therefore, any Objections are due **no later than September 15, 2017.**

2. If no Objections are filed, the Report and Recommendation shall be RE-NOTED for consideration on **September 22, 2017.**

ORDER
PAGE - 1

DATED this 10th day of August, 2017.

　　　　　　　　　　　　　　　　　　A
　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE